# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| RoseSkinCo Canada Inc. )<br>)<br>)<br>vs. )<br>)<br>RosaCare LLC, )<br>)<br>)<br>) | Case No. 22-3132-CV-S-MDH |

__   Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** the Court **GRANTS** Plaintiff RoseSkinCo Canada Inc's Motion for Default Judgment (Doc. 11)..

**IT IS SO ORDERED**.

| | |
|---|---|
| October 18, 2022<br>Date | Paige Wymore-Wynn<br>Clerk of Court |
| Entered on: October 17, 2022 | s/Linda Howard<br>(By) Deputy Clerk |